**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - CHANGE OF PLEA**

Case No.: _____   Date: _____

Present: The Honorable _____ , ☐ District Judge / ☐ Magistrate Judge

_____     _____     _____     _____
*Deputy Clerk*                   *Court Reporter*                    *Interpreter*                *Assistant U.S. Attorney*

| **USA v. DEFENDANT(S) PRESENT** | **ATTORNEYS PRESENT FOR DEFENDANTS** |
|---|---|
| _____ | _____ |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| _____ | _____ |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| _____ | _____ |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| _____ | _____ |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| _____ | _____ |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |

**PROCEEDINGS:**

_____

☐  Defendant moves to change plea to the
☐  Defendant now enters a new and different plea of Guilty to ~~Count(s)~~ _____ of the


☐  The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the
     plea accepted and entered
☐  The Court refers the defendant to the Probation Office for investigation and report and continues the matter to
     _____ for sentencing.
☐  The Court vacates the court and/or jury trial date.
☐  Court orders:



☐  Other:




                                                                          _____  :  _____
                                                    Initials of Deputy Clerk        _____

*cc:   Probation Office*

CR-08 (07/09)                        **CRIMINAL MINUTES - CHANGE OF PLEA**