```
 1

 2                    UNITED STATES DISTRICT COURT

 3                   CENTRAL DISTRICT OF CALIFORNIA
                            WESTERN DIVISION
 4


 5
     UNITED STATES OF AMERICA,    )
 6                                )
           PLAINTIFF,             )
 7                                )
           VS.                    )  CASE NO. CR 09-230-SVW
 8                                )
                                  )
 9   JUNIOR PEREZ MENDOZA,        )  LOS ANGELES, CALIFORNIA
     AKA GERMAINE CUEVAS,         )  MARCH 24, 2009
10                                )  (1:01 P.M. TO 1:10 P.M.)
           DEFENDANT.             )
11   _____)

12                      ARRAIGNMENT ON INDICTMENT

13              BEFORE THE HONORABLE JENNIFER T. LUM
                    UNITED STATES MAGISTRATE JUDGE
14

15

16

17   APPEARANCES:            SEE NEXT PAGE

18   COURT REPORTER:         RECORDED; COURT SMART

19   COURTROOM DEPUTY:       TERRY R. BAKER, PIA CLERK
                             SHARON ANTHONY, CRD
20
     TRANSCRIBER:            DOROTHY BABYKIN
21                           COURTHOUSE SERVICES
                             1218 VALEBROOK PLACE
22                           GLENDORA, CALIFORNIA  91740
                             (626) 963-0566
23

24

25   PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
     TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

```
 1   APPEARANCES:
     FOR THE PLAINTIFF:      THOMAS P. O'BRIEN
 2                           UNITED STATES ATTORNEY
                             BY:  CHRISTINE C. EWELL
 3                           CHIEF, CRIMINAL DIVISION
                             ASSISTANT UNITED STATES ATTORNEY
 4                           BY:  TERRENCE MANN
                             ASSISTANT UNITED STATES ATTORNEY
 5                           312 NORTH SPRING STREET
                             LOS ANGELES, CALIFORNIA  90012
 6
     FOR THE DEFENDANT:      SEAN K. KENNEDY
 7                           FEDERAL PUBLIC DEFENDER
                             BY:  HAYNE YOON
 8                           DEPUTY FEDERAL PUBLIC DEFENDER
                             321 EAST SECOND STREET
 9                           LOS ANGELES, CALIFORNIA  90012

10   SPANISH INTERPRETER:    ELSA VASQUEZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X
     CASE NO. CR 09-00230-SVW                    MARCH 24, 2009
 2
     PROCEEDINGS:  ARRAIGNMENT AND ASSIGNMENT OF CASE;
 3                 POST-INDICTMENT ARRAIGNMENT

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1
     LOS ANGELES, CALIFORNIA; TUESDAY, MARCH 24, 2009; 1:01 P.M.
2

3              THE CLERK:  ALL RISE.  THIS UNITED STATES DISTRICT
4    COURT IS NOW IN SESSION.  THE HONORABLE JENNIFER T. LUM,
5    UNITED STATES MAGISTRATE JUDGE, PRESIDING.
6              YOU MAY BE SEATED.
7              THE COURT:  ALL RIGHT.  LET'S SEE.  ARE THERE ANY
8    INTERPRETERS IN COURT TODAY?
9              INTERPRETER VASQUEZ:  YES, YOUR HONOR.  ELSA
10   VASQUEZ, SPANISH INTERPRETER.
11             THE COURT:  OKAY.
12             INTERPRETER PENN:  STEPHANIE PENN, SPANISH
13   INTERPRETER.
14             THE COURT:  ALL RIGHT.  THANK YOU.
15             ANYONE ELSE?  ALL RIGHT.  THANK YOU.
16             I WILL ADVISE ALL THE DEFENDANTS HERE TODAY OF
17   THEIR CONSTITUTIONAL AND STATUTORY RIGHTS IN CONNECTION WITH
18   THESE PROCEEDINGS.
19             YOU ARE HERE BECAUSE YOU'VE BEEN CHARGED WITH A
20   CRIMINAL OFFENSE AGAINST THE UNITED STATES.  YOU HAVE
21   RECEIVED OR WILL RECEIVE A COPY OF THE INDICTMENT.
22             YOU HAVE THE FOLLOWING CONSTITUTIONAL AND STATUTORY
23   RIGHTS.  PLEASE LISTEN CAREFULLY.
24             YOU HAVE THE RIGHT TO RETAIN AND BE REPRESENTED BY
25   AN ATTORNEY OF YOUR OWN CHOOSING AT EACH AND EVERY STAGE OF
```

1  THE PROCEEDINGS.
2              IF YOU CANNOT AFFORD AN ATTORNEY, YOU HAVE A RIGHT
3  TO REQUEST THAT THE COURT APPOINT AN ATTORNEY TO REPRESENT
4  YOU.  AN APPOINTED ATTORNEY WILL BE PAID BY THE GOVERNMENT AT
5  NO COST TO YOU.
6              YOU MUST, HOWEVER, SUBMIT A FINANCIAL AFFIDAVIT TO
7  THE COURT BEFORE COUNSEL WILL BE APPOINTED.  IF YOU MAKE ANY
8  FALSE OR MISLEADING STATEMENTS IN THAT AFFIDAVIT, OR IF YOU
9  WILLFULLY OMIT PERTINENT INFORMATION, YOU'LL BE SUBJECT TO
10 FURTHER PROSECUTION FOR VIOLATING FEDERAL LAW.
11             YOU HAVE A RIGHT TO REMAIN SILENT.  ANYTHING YOU
12 SAY, SIGN OR WRITE THAT TENDS TO INCRIMINATE YOU MAY BE
13 INTRODUCED AGAINST YOU IN THIS OR IN ANY OTHER COURT
14 PROCEEDING.
15             YOU HAVE A RIGHT TO HAVE BAIL DETERMINED IN
16 ACCORDANCE WITH THE PROVISIONS OF THE BAIL REFORM ACT.
17             IF THE GOVERNMENT SEEKS DETENTION, YOU HAVE THE
18 RIGHT TO HAVE A HEARING ON THE FIRST DATE OF YOUR APPEARANCE
19 OR WITHIN THREE TO FIVE COURT DAYS OF YOUR APPEARANCE IF A
20 CONTINUANCE REQUESTED BY EITHER THE DEFENSE OR THE
21 PROSECUTION IS GRANTED.
22             IN THE EVENT YOU ARE DETAINED, YOU HAVE A RIGHT
23 UPON WRITTEN APPLICATION TO HAVE THE DETENTION ORDER REVIEWED
24 BY THE ASSIGNED DISTRICT JUDGE.
25             YOU MAY BE PRESENT AT ANY HEARING WHERE FURTHER

```
 1   ARGUMENT IS HEARD REGARDING DETENTION.
 2            YOU'RE ENTITLED TO A SPEEDY AND PUBLIC TRIAL BY
 3   JURY OR BY A JUDGE ALONE IF JURY IS WAIVED.
 4            YOU ARE ENTITLED TO BE PRESENT AT THIS ARRAIGNMENT
 5   AND ALL THE PROCEEDINGS THAT FOLLOW, INCLUDING WITHOUT
 6   LIMITATION, THE TIME OF THE PLEA, EVERY STAGE OF THE TRIAL,
 7   INCLUDING THE IMPANELING OF THE JURY AND THE RETURN OF THE
 8   VERDICT, AND AT THE IMPOSITION OF ANY SENTENCE.
 9            YOU'RE ENTITLED TO SEE AND HEAR THE EVIDENCE AND
10   WITNESSES AGAINST YOU AND TO CROSS-EXAMINE THOSE WITNESSES.
11            YOU'RE ENTITLED TO SUBPOENA WITNESSES AND COMPEL
12   THE PRODUCTION OF OTHER EVIDENCE ON YOUR OWN BEHALF.
13            IT IS NOT NECESSARY TO PROVE YOUR INNOCENCE.  IT IS
14   THE BURDEN OF THE GOVERNMENT TO PROVE YOU GUILTY BEYOND A
15   REASONABLE DOUBT.
16            FOR YOUR PLEA AND FOR FURTHER PROCEEDINGS YOUR CASE
17   WILL BE TRANSFERRED TO A DISTRICT JUDGE.  THE PARTICULAR
18   JUDGE ASSIGNED TO YOUR CASE WILL BE SELECTED RANDOMLY.  ALL
19   MOTIONS OTHER THAN A REQUEST FOR DETENTION ARE RESERVED AND
20   MUST BE MADE BEFORE THE JUDGE TO WHOM THE CASE IS
21   TRANSFERRED.
22            WHERE A PARTICULAR CASE INVOLVES MORE THAN ONE
23   DEFENDANT, ALL DEFENDANTS ARE REQUIRED TO APPEAR BEFORE THE
24   JUDGE TO WHOM THAT CASE IS TRANSFERRED.  HOWEVER, IF THE
25   JUDGE HAS REQUESTED THAT THE COURT NOT RECEIVE GUILTY PLEAS,
```

```
 1   YOU'LL BE ASKED TO ENTER A PLEA BEFORE THAT JUDGE AND A TRIAL
 2   DATE WILL BE SET.
 3           THE CLERK HAS DESIGNATED THE FEDERAL PUBLIC
 4   DEFENDER AND MEMBERS OF THE INDIGENT PANEL TO REPRESENT
 5   CERTAIN DEFENDANTS FOR WHOM COUNSEL WILL BE APPOINTED.
 6           THE ATTORNEYS SO DESIGNATED ARE HEREBY APPOINTED IN
 7   THE RESPECTIVE CASES TO WHICH THEY HAVE BEEN ASSIGNED ONCE
 8   THE COURT APPROVES THE FINANCIAL AFFIDAVIT.
 9           IF PRIVATE COUNSEL IS APPEARING FOR ANY DEFENDANT
10   FOR WHOM A COURT APPOINTED ATTORNEY WAS PREVIOUSLY
11   DESIGNATED, PRIVATE COUNSEL SHOULD MAKE HIS OR HER PRESENCE
12   KNOWN AND FILE A FORMAL APPEARANCE WITH THE COURT.  THE COURT
13   APPOINTED ATTORNEY WILL THEN BE RELIEVED.
14           WHEN THE CASE IS TRANSFERRED TO A JUDGE OF THIS
15   COURT AND WHEN I ANNOUNCE THE TIME FOR THAT APPEARANCE, ALL
16   DEFENDANTS AND COUNSEL OF RECORD ARE ORDERED TO APPEAR BEFORE
17   THAT JUDGE AT THE TIME I SPECIFY.
18           ALL RIGHT.  THE CLERK WILL NOW CALL THE CALENDAR.
19           THE CLERK:  CALLING CASE NUMBER CR-09-230, UNITED
20   STATES OF AMERICA VERSUS JUNIOR PEREZ MENDOZA.
21           COUNSEL, PLEASE STATE YOUR APPEARANCES.
22           MR. MANN:  GOOD AFTERNOON, YOUR HONOR.
23           TERRENCE MANN ON BEHALF OF THE UNITED STATES.
24           THE COURT:  GOOD AFTERNOON.
25           MS. YOON:  GOOD AFTERNOON, YOUR HONOR.
```

```
 1                HAYNE YOON FOR MR. PEREZ MENDOZA.
 2                HE'S PRESENT BEFORE THE COURT IN CUSTODY, AND HE'S
 3   SEEKING APPOINTMENT OF COUNSEL.  AND HE'S ALSO BEING AIDED BY
 4   THE SPANISH LANGUAGE INTERPRETER.
 5                THE COURT:  ALL RIGHT.
 6                MR. MENDOZA, IS THIS YOUR SIGNATURE ON THE
 7   FINANCIAL AFFIDAVIT?
 8                THE DEFENDANT:  YES.
 9                THE COURT:  ALL RIGHT.  AND DO YOU UNDERSTAND THAT
10   YOU SIGNED THIS UNDER PENALTY OF PERJURY, AND THAT IF ANY
11   INFORMATION IS FOUND TO BE KNOWINGLY FALSE, YOU COULD BE
12   SUBJECT TO FURTHER CRIMINAL CHARGES?
13                THE DEFENDANT:  YES.
14                THE COURT:  ALL RIGHT.  I'LL APPOINT COUNSEL FOR
15   YOU.
16                AND IS JUNIOR PEREZ MENDOZA YOUR TRUE NAME?
17                THE DEFENDANT:  YES.
18                THE COURT:  ALL RIGHT.  AND HAVE YOU HAD A CHANCE
19   TO REVIEW THE INDICTMENT THAT WAS FILED AGAINST YOU?
20                THE DEFENDANT:  OH, YES.
21                THE COURT:  ALL RIGHT.  GOVERNMENT, YOU FILED A
22   REQUEST FOR DETENTION?
23                MR. MANN:  YES, YOUR HONOR.  THE GOVERNMENT MOVES
24   FOR DETENTION.
25                THE COURT:  OKAY.
```

1               MR. MANN:  WOULD YOU LIKE THE GOVERNMENT'S PROFFER
2   NOW?
3               THE COURT:  YES.
4               MR. MANN:  THE GOVERNMENT PROFFERS THE INDICTMENT,
5   THE PSR AND CONCURS WITH ITS RECOMMENDATION OF DETENTION AS
6   THIS IS A PRESUMPTION CASE.
7               THE COURT:  ALL RIGHT.
8               MS. YOON.
9               MS. YOON:  WE'RE GOING TO SUBMIT AT THIS TIME, YOUR
10  HONOR.  WE JUST ASK FOR AN ORDER WITHOUT PREJUDICE.
11              THE COURT:  ALL RIGHT.  I AM GOING TO GRANT THE
12  GOVERNMENT'S REQUEST FOR DETENTION.
13              I HAVE REVIEWED THE INDICTMENT AND THE PRETRIAL
14  SERVICES REPORT.  THE ORDER WILL BE WITHOUT PREJUDICE.  I
15  FIND THAT THE PRESUMPTION HAS NOT BEEN SUFFICIENTLY REBUTTED
16  AT THIS TIME.  AND I FIND THAT THERE ARE NO CONDITIONS OR
17  COMBINATION OF CONDITIONS THAT WOULD REASONABLY ASSURE THE
18  APPEARANCE OF THE DEFENDANT OR SAFETY OF PERSONS IN THE
19  COMMUNITY.
20              AT THIS TIME NO INFORMATION HAS BEEN PROVIDED TO
21  THE COURT WITH WHICH TO ASSESS BAIL RESOURCES IN PARTICULAR
22  OR ANY OTHER PERSONAL INFORMATION OR BACKGROUND INFORMATION
23  ABOUT THE DEFENDANT.
24              GOVERNMENT, IF YOU COULD PREPARE THE DETENTION
25  ORDER.

```
 1                MR. MANN:  YES, YOUR HONOR.
 2                THE CLERK:  JUNIOR PEREZ MENDOZA, DID YOU HEAR AND
 3   UNDERSTAND THE STATEMENTS OF THIS COURT PERTAINING TO YOUR
 4   RIGHTS IN THE APPOINTMENT OF COUNSEL?
 5                THE DEFENDANT:  YES.
 6                THE CLERK:  HAS A STATEMENT OF RIGHTS BEEN READ TO
 7   YOU IN SPANISH?
 8                THE DEFENDANT:  YES.
 9                THE CLERK:  DID YOU SEE AND SIGN THE STATEMENT OF
10   YOUR RIGHTS?
11                THE DEFENDANT:  YES.
12                THE CLERK:  HAS THE INDICTMENT BEEN READ TO YOU IN
13   SPANISH?
14                THE DEFENDANT:  YES.
15                THE CLERK:  DO YOU WANT THE INDICTMENT READ TO YOU
16   NOW?
17                THE DEFENDANT:  NO.
18                THE CLERK:  THANK YOU.
19                THE COURT:  ALL RIGHT.  THIS CASE HAS BEEN ASSIGNED
20   TO JUDGE WILSON.
21                IS THE DEFENDANT GOING TO BE ENTERING A PLEA OF
22   GUILTY OR NOT GUILTY THIS AFTERNOON?
23                MS. YOON:  NOT GUILTY, YOUR HONOR.
24                THE COURT:  ALL RIGHT.
25                THE CLERK:  JUNIOR PEREZ MENDOZA, HOW DO YOU PLEAD
```

1   TO THE CHARGES CONTAINED IN THE INDICTMENT?

2           THE DEFENDANT:  NOT GUILTY.

3           THE CLERK:  THANK YOU.

4           THE COURT:  ALL RIGHT.  THE TRIAL DATE IN THIS

5   MATTER WILL BE SET FOR MAY 19TH, 2009 AT 9:00 A.M.

6           AND THERE IS A DISCOVERY ORDER THAT WILL BE ISSUED

7   BY THE CLERK.

8           ALL RIGHT.  SO FOR OTHER COUNSEL IN THE COURTROOM,

9   JUDGE WILSON WILL BE ASSIGNED TO THIS CASE.  AND IF -- IF YOU

10  HAVE ANY QUESTIONS, YOU CAN ASK ME, BUT I WON'T BE REPEATING

11  THE TRIAL DATE FOR THE -- OR ANY OTHER INFORMATION.  AND YOU

12  WILL ALL BE HANDED THE DISCOVERY ORDER BY THE CLERK WHEN YOU

13  APPEAR.

14          MR. MANN:  YOUR HONOR, JUST TO CONFIRM FOR

15  EVERYONE, MAY 19TH, 2009 AT 9:00 A.M.

16          THE COURT:  MAY 19TH, RIGHT, AT 9:00 A.M. IN FRONT

17  OF JUDGE WILSON.

18          MR. MANN:  THANK YOU, YOUR HONOR.

19          THE COURT:  ALL RIGHT.  I THINK THAT'S IT.  IT THAT

20  IT?

21          (PROCEEDINGS CONCLUDED 1:10 P.M.)

22

23

24

25

```
 1

 2

 3                  C E R T I F I C A T E

 4

 5        I CERTIFY THAT THE FOREGOING IS A CORRECT

 6   TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE

 7   PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

 8

 9

10   DOROTHY BABYKIN                              1/27/10

11   _____           _____

12   FEDERALLY CERTIFIED TRANSCRIBER              DATED

13   DOROTHY BABYKIN

14

15

16

17

18

19

20

21

22

23

24

25
```